858

No. 77–101. ALLEN ET AL. v. PITTENGER, SECRETARY OF EDUCATION OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–102. KEHN ET AL. v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 77–105. FINKELSTEIN ET AL. v. TRANS WORLD AIRLINES, INC. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 77–107. WESTERN PHARMACAL Co. v. AMFAC DISTRIBUTING CORP., DBA WESTERN DRUG SUPPLY Co. C. A. 10th Cir. Certiorari denied.

No. 77–108. DiNAPOLI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–109. WILSON ET AL. v. HINKLE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–110. BYERLY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–111. PEOPLES NATIONAL BANK OF NEW JERSEY v. STONEHILL ET AL. Sup. Ct. N. J. Certiorari denied.

No. 77–112. REA EXPRESS, INC. v. TRAVELERS INSURANCE Co. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–113. IN RE MEAD. Sup. Jud. Ct. Mass. Certiorari denied.

No. 77–122. SIMS ET AL. v. WESTERN STEEL Co. C. A. 10th Cir. Certiorari denied.